IN RE:                                    CASE NO.   09-51421

BROOK G. SELLERS                  CHAPTER 7

        Debtor                               REPORT OF UNCLAIMED
                                                    DIVIDEND

[FILED 2010 AUG 23 PM 3:56 — U.S. BANKRUPTCY COURT, NORTHERN DISTRICT OF OHIO, AKRON]

     Harold A. Corzin, Trustee herein, reports that check #101 was issued on May 17, 2010 to the following claimant as and for a first and final dividend in this estate, in the amount set forth below, but that said check has not been negotiated. The Trustee thus issues check #102 to the Clerk of Courts in the amount of $1,000.34 as and for an unclaimed dividend herein for the Claimant as set forth in the attached Stale Check Report.

                                   /s/ Harold A. Corzin
                                   HAROLD A. CORZIN, TRUSTEE
                                   304 N. Cleveland-Massillon Road
                                   Akron, Ohio 44333
                                   (330) 670-0770
                                   (330) 670-0297 Facsimile
                                   Hcorzin@csu-law.com

August 19, 2010

cc: U. S. Trustee

Printed: 08/19/10 02:47 PM  
Page: 1

# Stale Check Report

**Trustee:** HAROLD A. CORZIN (550340)  
**Case:** 09-51421 - SELLERS, BROOK G

| Account No. | Check No. | Issued | Payee | | | Check Amount |
|---|---|---|---|---|---|---|
| 9200-0251914266 | 102 | 08/19/10 | U S BANKRUPTCY COURT | | | $1,000.34 |

| Cancelled Account No. | Claim No. | Cancelled Check No. | Filed | Priority | Claimant | Amount Filed | Amount Allowed | Paid to Date | Cancelled Payment |
|---|---|---|---|---|---|---|---|---|---|
| 9200-0251914266 | | 101 | / / | 0 | | 0.00 | 0.00 | 0.00 | 1,000.34 |

CK# 102  
Receipt # 81709

(*) Denotes objection to Amount Filed  (!) Funds will be transferred from your JPMorgan Chase account to your BNY Mellon account within the next 3 business days.